IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES RANDALL DAVIS                                               PETITIONER

v.                                     5:06CV00219 GH-JFF

MARK CASHION, Warden,
Delta Regional Unit, Arkansas
Department of Correction                                            RESPONDENT

## **JUDGMENT**

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Respondent's motion to dismiss is granted and that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ADJUDGED this 22nd day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE